IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY PADGETT, #235231 )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>DONAL CAMPBELL, GWENDOLYN MOSLEY,)<br>BRYAN GAVINS, WILLIE BRYANT, )<br>A. JERNIGAN, et.al., )<br> )<br>    Defendants. ) | CIVIL ACTION NO.2:05-CV-608-A |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Willie Bryant, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Willie Bryant and I am presently employed as a Correctional Officer Supervisor I, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

According to our Law Library officer, inmate Gary Padgett has not used the Library nor made request to use it. At the present time, our Law Library does not have a ramp for inmates in wheel chairs, but plans are to have a ramp built. Inmate Padgett is presently assigned to our Restricted Dorm. Inmates in the Restricted Dorm are to put in a written request for legal material and the material will be brought to the dorm by our Law Library officer and Law Library clerks. Inmate Padgett has not put in a request. I have not violated inmate Padgett's constitutional rights.

EXHIBIT 3

Affidavit-Willie Bryant
Civil Action No. 2:05-CV-608-A
Page 2

_Willie Bryant cost_
Willie Bryant

SWORN TO AND SUBSCRIBED TO before me this the 30th day of August, 2005.

_Linda E Teal_
NOTARY PUBLIC

My Commission Expires: 7-15-07