IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY PADGETT, #235231 )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>DONAL CAMPBELL, GWENDOLYN MOSLEY,)<br>BRYAN GAVINS, WILLIE BRYANT, )<br>A. JERNIGAN, et.al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.2:05-CV-608-A |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Alvin Jernigan</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Alvin Jernigan</u> and I am presently employed as a <u>Correctional Officer I,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

At the present time, our Law Library does not have a ramp to accommodate inmates in wheel chairs, but plans have been made to build a ramp for the Law Library. I have no knowledge of inmate Padgett's other complaint. I have not violated inmate Padgett's constitutional rights.

                                                         *Alvin Jernigan*
                                                         Alvin Jernigan

SWORN TO AND SUBSCRIBED TO before me this the 30th day of August, 2005.

                                                          *Linda E. Teal*
                                                         NOTARY PUBLIC

My Commission Expires: 7-15-07

EXHIBIT 4