IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARY PADGETT, 235251
PLAINTIFF,

v.

CIVIL ACTION NO. 2:05-CV-608-A

GWENDOLYN MOSLYN ET. AL.
DEFENDANTS

## MOTION

TO THIS HONORABLE COURT, I GARY PADGETT, AIS #235251 HEREBY REQUEST A EXTENSION OF TWENTY-ONE (21) DAYS IN ORDER FOR THE COURT TO COMPEL DEFENDANTS ATTORNEY TO FORWARD (Exb #2), WHICH CONSIST OF ALLEGED MONITORED TELEPHONE CONVERSATION (Exb #2), DEFENDANTS MOSLEY AND OTHERS ONLY PROVIDED EXHIBIT 1-4, ALSO EASTERLING CORRECTIONAL FACILITY STANDARD OPERATING PROCEDURES C-50, BUT THE ALLEGED (Exb #2) WAS NOT INCLUDED, I WOULD LIKE TO HAVE THIS AFFIDAVIT IN ORDER TO REPLY TO THESE FALSE ACCUSATION, THANKING THE COURT IN ADVANCE FOR THIS CAUSE.

SIGNED _[signature]_
DATED 27 SEPTEMBER 2005

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS SERVED UPON:

> CLERK OF THE COURT
> U.S. DISTRICT COURT
> P.O. BOX 711
> MONTGOMERY, AL. 36101-0711

BY PLACING A COPY OF THE SAME IN THE UNITED STATES MAIL FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED THIS 27th DAY OF SEPTEMBER, 2005.

SIGNED _[signature]_

The Defendants Attorney was Notified this same day. Please RE-ISSUE