IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GARY PADGETT, #235 251 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-608-F |
| GWENDOLYN MOSLEY, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of *Plaintiff's Motion for Extension of Time*, and for good cause, it is ORDERED that:

1. Plaintiff's motion (Doc. No. 13) is GRANTED;

2. Plaintiff is GRANTED an extension from October 6, 2005 to October 27, 2005 to file a response to Defendants' written report; and

3. The Clerk of Court is DIRECTED to mail to Plaintiff a copy of Exhibit 2 from Defendants' written report.

Done this 6th day of October 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE