IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARY PADGETT, 135251
PLAINTIFF

VS.

CASE NO: 2:05-CV-608

GWENDOLYN MOSLEY ET AL
DEFENDANTS,

### MOTION

TO THIS HONORABLE COURT, I GARY PADGETT REQUEST A MOTION BASED ON THE ENCLOSED INFORMATION, AND PROCEEDING AFFIDAVITS IN CASE NO: 2:05-CV-608 I AM ASKING THE HONORABLE COURT TO HONOR THIS WORTHY PATRON CAUSE, AND UNKNOWING HOW FATAL THIS INCIDENT HAS BEEN TO ME, AND MY FAMILY. I AM ASKING THIS HONORABLE MAGISTRATE TO COMPEL WARDEN GWENDOLYN MOSLEY TO RESTORE MY VISITATION WITH MY DAUGHTER AND GRAND-SON. THE WARDEN HAS SHOWN REPEATEDLY THAT NONE OTHER REIGN AT EASTERLING CORRECTIONAL FACILITY. ACCORDINGLY IN THE STANDARD OPERATING PROCEDURES, ANY DISPUTE HOWEVER MINUTE THE DETAIL INFORMATION WARRANTS A HEARING, THUSLY I HAVE NOT RECEIVED SUCH.

WARDEN GWENDOLYN MOSLEY USED HER AUTHORITY IN MAKING ME SURRENDER MY VISITATION RIGHTS ACCORDING TO THE DEPARTMENT OF CORRECTIONAL GUIDELINES, I HAVE FOLLOWED THE GUIDELINES WITHOUT A HEARING. THE WARDEN HAS ACCUSED ME OF BEING A SEXUAL PREDATOR, ALSO THE WARDEN WANTS TO DEPICT ME AS A SEX OFFENDER, HAVING A AFFAIR WITH MY DAUGHTER AND BEING THE FATHER OF MY GRAND-SON. I HAVE BEEN A GOOD MALE PARENT AND A FAITHFUL AND LOVING HUSBAND, WARDEN MOSLEY FALSE ACCUSATION HAS HAD DEVASTATING EFFECT UPON MY WIFE AND DAUGHTER CAUSING MY WIFE TO HAVE A SEVERED OPERATION.

MY DAUGHTER WAS MOLESTED ON A DATE BY A INDIVIDUAL USING A DATE RAPE DRUG, PLEASE CONTACT THE JACKSON CITY POLICE, AND THE DEPARTMENT OF HUMAN RESOURCES OF COVINGTON COUNTY. SO MOTE IT BE,     RESPECTFULLY,

DATED 1 NOVEMBER 2005             SIGNED _____
                                  GARY PADGETT / 135251

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS SERVED UPON

CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

BY PLACING A COPY OF THE SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED THIS 1ST DAY OF NOVEMBER, 2005.

ALSO PLACING A COPY OF THE SAME IN THE UNITED STATES MAIL FIRST CLASS POSTAGE PREPAID FOR DEFENDANTS COUNSEL, DATED THIS 1ST DAY OF NOVEMBER 2005.

RESPECTFULLY,

SIGNED [signature]