IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GARY PADGETT, #235 251 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-608-F |
| GWENDOLYN MOSLEY, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

On November 2, 2005 Plaintiff filed a Motion to Compel. He seeks entry of an order which directs Warden Gwendolyn Mosley to restore his visitation privileges with certain members of his family. Plaintiff's motion has been read, considered, and shall be denied.

Accordingly, it is ORDERED that Plaintiff's Motion to Compel (Doc. No. 16) be and is hereby DENIED.

Done this 4th day of November 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE