RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
2005 NOV 17 A :43
ALABAMA

NORTHERN DIVISION

U.S. DIST
MIDDLE D

GARY PADGETT 235251

PLAINTIFF,

VS.

CASE NO: 2:05-CV-608

GWENDOLYN MOSLYN ET AL

DEFENDANT,

## MOTION

TO THE HONORABLE U.S. MAGISTRATE JUDGE DELORES BOYD. I GARY PADGETT AIS #235251, AVER THAT THIS IS A TRUE STATEMENT. BASED ON THE PREVIOUS MOTION REQUESTING THAT DEFENDANT WARDEN III GWENDOLYN MOSLYN RESTORE MY VISITATION WITH SELECTIVE MEMBERS OF MY FAMILY. THE HONORABLE JUDGE DENIED MY CAUSE FOR UNKNOWN REASON. I GARY PADGETT HEREBY REQUEST THAT MY CASE BE REASSIGNED BASED ON THE FOLLOWING INFORMATION.

ON OCTOBER 31, 2005. WARDEN GWENDOLYN MOSLYN CALLED ME INTO HER OFFICE AND VERBALLY ATTACKING ME FOR NOTIFYING INI INVESTIGATION UNIT. AND THIS COURT. AT THAT POINT THE WARDEN HAD ME RECITE A PAGE SHE PRESENTED TO ME. AFTER DOING SO. THE WARDEN REPEATEDLY ASKED WHO IS HELPING ME WITH THIS ATTACK ON HER. THE WARDEN INSISTED THAT I AM NOT SMART ENOUGH TO DO SUCH A THING, AND THE WARDEN POINTED OUT THAT SHE IS AUTHORIZE BY LAW TO ADMINISTER WHAT TYPES OF PUNISHMENT SHE CHOOSE, WHENEVER SHE CHOOSE.

THE WARDEN SAID THAT SHE IS THE WARDEN OF THIS PRISON, AND NO ONE ELSE, THEN WARDEN MOSLYN SAID TO ME THAT I WILL NEVER GET MY VISITATION BACK FOR MY DAUGHTER AND GRAND-SON. BASED ON THESE REASON. AND THE FACT THAT THE WARDEN HAS MADE ME FEEL AS IF SHE HAS INSIDE COLLABORATION IN ORDER FOR WARDEN MOSLYN TO SAY THESE THINGS TO ME. I AM ASKING THAT MY CASE BE TRANSFERED TO ANOTHER JUDGE WITHIN THE DISTRICT COURT.

RESPECTFULLY /SUBMITTED/

DATED 16 NOVEMBER 2005          SIGNED _____
                                 GARY PADGETT AIS #235251

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS SERVED UPON:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

BY PLACING A COPY OF THE SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED THIS __16th__ DAY OF NOVEMBER 2005.

SIGNED _____
GARY PADGETT AIS 235325)

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS SERVED UPON

LAVETTE LYAS-BROWN
OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL. 36130