IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GARY PADGETT, #235 251 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-608-F |
| GWENDOLYN MOSLEY, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Plaintiff filed a pleading on November 17, 2005 wherein he requests that this cause of action "be transferred to another judge within the District Court." (Doc. No. 18.) Plaintiff's request, which the court construes as a motion for recusal, has been read, considered, and shall be denied. Plaintiff presents no meritorious reason which warrants the undersigned's recusal.

Accordingly, it is ORDERED that Plaintiff's November 17, 2005 pleading, construed as a Motion for Recusal (Doc. No. 18), be and is hereby DENIED.

Done this 18th day of November 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE